978 A.2d 348

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ronald MITCHELL, Petitioner.**

**No. 89 EM 2009.**

Supreme Court of Pennsylvania.

Aug. 5, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 5th day of August, 2009, the Petition for Extension of Time to File Petition for Allowance of Appeal, treated as a Petition to File a Petition for Allowance of Appeal *Nunc Pro Tunc,* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of the entry of this order.